**Order filed June 6, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————

**NO. 01-12-01026-CR**

————————

**ROBERT MICHAEL GOMEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CR3362**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibit 25, State's exhibit 26 and Defendant's exhibit 1.**

The clerk of the 405th District Court is directed to deliver to the Clerk of this court the original of State's exhibit 25 and 26 and Defendant's exhibit 1, on or before June 17, 2013. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibits 25 and 26 and Defendant's exhibit 1, to the clerk of the 405th District Court.

PER CURIAM